**2013–1815.   State ex rel. Slager v. Ohio Dept. of Rehab. & Corr.**

In Mandamus. On answer of respondent. An alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 12.05:

The parties shall file any evidence they intend to present within 20 days after the date of this entry; relator shall file a brief within 10 days after the filing of the evidence; respondents shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 7 days after the filing of respondents' brief.

It is further ordered by the court that relator's motion for notification is denied as moot.

PFEIFER, LANZINGER, KENNEDY, and O'NEILL, JJ., concur.

O'CONNOR, C.J., and O'DONNELL and FRENCH, JJ., dissent.

**2013–1822.   State ex rel. Swanson v. Stark Cty. Democratic Cent. Commt.**

In Mandamus. On motion to dismiss. Motion granted. Relator's motion to expedite the writ of mandamus and respondents' motion to strike the motion to expedite the writ of mandamus are denied. Cause dismissed.

PFEIFER, O'DONNELL, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

O'CONNOR, C.J., and LANZINGER, J., dissent and would deny the writ of mandamus.

**2013–1829.   State ex rel. Peoples v. Schneider.**

In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

# MOTION AND PROCEDURAL RULINGS

**2012–1755.   State ex rel. Sheppard v. Indus. Comm.**

Franklin App. No. 11AP–553, 2012-Ohio-4301. On motion to strike reply brief. Motion denied.

**2013–0596.   State ex rel. Plunderbund Media, L.L.C. v. Charles.**

In Mandamus. On motion for oral argument. Motion granted.

O'DONNELL, J., dissents.

KENNEDY, J., not participating.

**2013–0890.   Cedar Fair, L.P. v. Falfas.**

Erie App. No. E-12–015, 2013-Ohio-1590. On motion to strike appellant's merit brief. Motion denied.

LANZINGER, J., dissents and would grant the motion to strike as to Proposition of Law Nos. II and III.

**2013–1671.   Infinite Sec. Solutions, L.L.C. v. Karam Properties I, Ltd.**

Lucas App. No. L–12–1313, 2013-Ohio-4415. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 13 of the court of appeals' entry filed October 4, 2013:

"Whether a dismissal entry that does not either embody the terms of a settlement agreement or expressly reserve jurisdiction to the trial court to enforce the terms of a settlement agreement is an unconditional dismissal."

PFEIFER, O'DONNELL, and FRENCH, JJ., dissent.

The conflict cases are *Estate of Berger v. Riddle*, 8th Dist. Cuyahoga Nos. 66195 and 66200, 1994 WL 449397 (Aug. 18, 1994), and *Hines v. Zofko*, 11th Dist. Trumbull No. 93–T–4928, 1994 WL 117110 (Mar. 22, 1994).

Sua sponte, cause consolidated with 2013–1795, *Infinite Sec. Solutions, L.L.C. v. Karam Properties I, Ltd.*, 6th Dist. Lucas No. L–12–1313, 2013-Ohio-4415.

**2013–1725.   State ex rel. Shahan–Beck v. Hunter.**

Hamilton App. No. C–130505. On motion to dismiss appeal as moot. Motion granted.

**2013–1726.   State ex rel. McWhorter v. Hunter.**

Hamilton App. No. C–130507. On motion to dismiss appeal as moot. Motion granted.